IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY SCOTT BERRINGER,

    Petitioner,                    No. CIV S 03-0922 MCE GGH P

   vs.

M. YARBOROUGH, Warden,        ORDER

    Respondent.

_____/

        This habeas matter, in which petitioner proceeded with appointed counsel, was "stayed pending exhaustion of new and unexhausted claims." Order, filed on December 23, 2003. It has now been stayed for nearly six years. Petitioner's counsel must show cause within ten (10) days why the stay in this matter should not be lifted.

        IT IS SO ORDERED.

DATED: September 21, 2009          /s/ Gregory G. Hollows

                                                  GREGORY G. HOLLOWS
                                                  UNITED STATES MAGISTRATE JUDGE

ggh:009
berr0922.osc